IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

MICHAEL POTTER
ADC #131052                                                                    PETITIONER

VS.                              5:05CV00085 SWW/JTR

LARRY NORRIS, Director,
Arkansas Department of Correction                                              RESPONDENT

## ORDER

Petitioner, who is currently incarcerated at the Cummins Unit of the Arkansas Department of Correction, has filed a Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2254. (Docket entry #2.) On May 20, 2005, the Court denied Petitioner's Motion to Proceed *In Forma Pauperis* and ordered Petitioner to pay the $5.00 filing fee in full if he wished to proceed with the action. (Docket entry #5.) On May 25, 2005, Petitioner paid the $5.00 filing fee. (Docket entry #6.)

IT IS THEREFORE ORDERED THAT:

1. The Clerk of the Court shall serve a copy of the habeas Petition (docket entry #2) and this Order on Respondent and the Arkansas Attorney General by mail.

2. Respondent shall answer the Petition **within twenty (20) days** of service. The Response shall contain any documents relevant to the resolution of this habeas action, and such documents should be clearly labeled with individual exhibit stickers or notations.

Dated this 12th day of July, 2005.

_____
UNITED STATES MAGISTRATE JUDGE