IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

MICHAEL POTTER
ADC #131052                                                                                          PETITIONER

VS.                              5:05CV00085 SWW/JTR

LARRY NORRIS, Director,
Arkansas Department of Correction                                                       RESPONDENT

## ORDER

Pending before this Court is a Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2254. (Docket entry #2.) Respondent has filed a Response arguing that the Petition should be dismissed, with prejudice, because Petitioner has procedurally defaulted in failing to raise his habeas claims on direct appeal, in a properly filed post-conviction petition in state court, or an appeal from the denial of a post-conviction petition. (Docket entry #9.) The Court concludes that a Reply from Petitioner would be helpful to the resolution of this case.[1]

IT IS THEREFORE ORDERED THAT Petitioner shall file **on or before November 8, 2005**, a Reply addressing the arguments raised in the Response (docket entry #9).

Dated this 7th day of October, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] The Court reminds Petitioner of Local Rule 5.5(c)(2), which provides that: "It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case, and to prosecute or defend the action diligently. A party appearing for himself/herself shall sign his/her pleadings and state his/her address, zip code, and telephone number. *If any communication from the Court to a pro se plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice.* Any party proceeding *pro se* shall be expected to be familiar with and follow the Federal Rules of Civil Procedure." (Emphasis added).