**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

MICHAEL POTTER
ADC #131052                                                                                          PETITIONER

VS.                                          5:05CV00085 JTR

LARRY NORRIS, Director,
Arkansas Department of Correction                                                      RESPONDENT

## JUDGMENT

Consistent with the Memorandum Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that Judgment be entered in favor of Respondent, and that this habeas action is hereby DISMISSED, WITH PREJUDICE.

Dated this 1st day of February, 2007.

_____
UNITED STATES MAGISTRATE JUDGE